CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

JUN - 6 2025

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

5:23cr6-3

A°3. de JUNE

destas cuantas. letras meb para saludarlo deseando ke sencuentre bien despues paso alosigiente Señor Jues kisiera saber ke esta pasando con mi caso porke nose nada ase 6. meses ke mi abogado no loevisto x creo ke tengo derecho de saber ke esta pasando kon mi caso bueno espero su respuesta Señor Jues... grasias

Perdon por laletra